| | |
|---|---|
| 1 | MARK I. LABATON (CA Bar No. 159555) |
|   | **KREINDLER & KREINDLER LLP** |
| 2 | 707 Wilshire Boulevard, Suite 4100 |
|   | Los Angeles, CA 90017 |
| 3 | Telephone: (213) 622-6469 |
|   | Facsimile: (213) 622-6019 |
| 4 | mlabaton@kreindler.com |
| 5 | GEORGE A. SHOHET (CA Bar No. 112697) |
|   | **LAW OFFICES OF GEORGE SHOHET** |
| 6 | 245 Main Street, Suite 310 |
|   | Venice, CA 90291 |
| 7 | Telephone: (310) 452-3176 |
|   | Facsimile: (310) 452-2270 |
| 8 | gshohet@aol.com |
| 9 | Attorneys for Relator |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ANNA WELLS, | Civil Case Number: **3:07-cv-01292-LAB-CAB** |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF** |
| v. | |
| CR ASSOCIATES, INC., and DOES 1-500, inclusive, | |
| Defendants. | |

220296.1

1

NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Relator hereby voluntarily dismisses this action.

The Court had unsealed the Complaint in this *Qui Tam* action on April 22, 2008. The Complaint has not been served, and no answer has been filed.

Dated: May 12, 2008                     Respectfully submitted,


By:    /s/Mark I. Labaton
      Mark Labaton (#159555)
      KREINDLER & KREINDLER LLP
      707 Wilshire Boulevard, Suite 4100
      Los Angeles, California 90017
      Telephone: (213) 622-6469
      Facsimile: (213) 622-6019
      Email: mlabaton@kreindler.com

*Attorneys for Relator Anna Wells*

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Boulevard, Suite 4100, Los Angeles, California 90017.

On May 12, 2008, I served the foregoing document(s) described as follows:

**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF**

on the interested parties in this action as follows:

**See attached Service List**

__x__ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ BY ELECTRONIC MAIL

_____ BY PERSONAL SERVICE: I caused to be delivered such envelope by hand to the offices of the addressee.

_____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____ BY TELECOPIER I served by facsimile at the numbers listed below as stated on the service list.

_____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I am employed by a member of the bar of this Court.

Executed on May 12, 2008, at Los Angeles, California.

```
    Katherine Montenegro              /s/ Katherine Montenegro
   (Type of Print Name)                      (Signature)
```

220296.1                                3

**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF**

**SERVICE LIST**

Karen P. Hewitt
United States Attorney
Joseph P. Price, Jr.
Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

Anna Wells, RN
45398 Clubhouse Drive
Temecula, CA  92592
AwellsRN@aol.com


George A. Shohet (CA Bar No. 112697)
Law Offices of George A.shohet
245 Main Street, Suite 310
Venice, CA 90291

Mark Labaton
Kreindler & Kreindler Llp
707 Wilshire Boulevard, Suite 4100
Los Angeles, California  90017