# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel</u>.<br>[Under Seal],<br><br>        Plaintiff,<br><br>    vs.<br><br>[Under Seal],<br><br>        Defendants. | CASE NO. 07CV1292-LAB (CAB)<br><br>**ORDER TERMINATING ACTION**<br><br>[Dkt No. 13] |

Plaintiff's Notice Of Voluntary Dismissal pursuant to Fed.R.Civ.P. 41(a)(1) prior to the service of the Complaint in this *qui tam* action terminates this case in its entirety.

**IT IS SO ORDERED**.

DATED: May 15, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge